IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAUL G. AMANN,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE OF THE UTAH ATTORNEY GENERAL, SEAN REYES, BRIDGET ROMANO, and TYLER GREEN, in their official and individual capacities,<br><br>    Defendants. | **MEMORANDUM DECISION & ORDER DENYING DEFENDANTS' MOTION TO CONSOLIDATE CASES**<br><br>Case No. 2:22-cv-00753-JNP-DAO<br><br>District Judge Jill N. Parrish |

Before the court is Defendants' Motion to Consolidate the above captioned matter with Case No. 2:18-cv-00341, which is currently pending before the court. ECF No. 31. Under Federal Rule of Civil Procedure 42(a), a court may consolidate cases if the actions "involve a common question of law or fact." The above captioned matter concerns a motion to order Wanda Amann ("Mrs. Amann") to comply with a subpoena relating to Case No. 2:18-cv-00341. Mrs. Amann is the wife of the plaintiff, Mr. Amann, in that case, but she is not a party. Case No. 2:18-cv-00341 stems from Defendants' alleged wrongful termination of Mr. Amann in 2016. Mrs. Amann's compliance with the subpoena does not relate to questions of law or fact regarding Mr. Amann's termination. Accordingly, Defendants' motion is **DENIED**.

DATED September 27, 2024

BY THE COURT

_____

Jill N. Parrish

United States District Court Judge